UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS                        Civil Action No.

```
***********************************************
DANIEL MCNULTY,                           *
    Plaintiff                             *
                                          *
                                          *
v.                                        *      05-40114FDS
                                          *
AETNA LIFE INSURANCE COMPANY              *
    Defendant                             *
***********************************************
```

## COMPLAINT FOR DECLARATORY RELIEF

### PARTIES

1. The Plaintiff, Daniel McNulty, (hereinafter "McNulty") resides at 36 Wallace Road, Sturbridge, Worcester County, Massachusetts.

2. The Defendant, Aetna Life Insurance Company, (hereinafter "Aetna") is an insurance company with a usual place of business at 151 Farmington Avenue, Hartford, Connecticut. The Defendant conducts business in Massachusetts and has substantial contacts within the Commonwealth of Massachusetts.

### JURISDICTION

3. This claim is brought pursuant to 29 U.S.C. §1132(a)(1)(B).

### COUNT I

4. On or about April 5, 2000, the Plaintiff, McNulty, applied for Long-Term Disability benefits to the Defendant, Aetna.

5. On or about May 5, 2000, the Plaintiff, McNulty, received notification that the Defendant, Aetna, awarded the Plaintiff, McNulty, Long-Term Disability benefits.

6. At the time of the May 5, 2000 award of Long-Term Disability benefits, the Plaintiff, McNulty, was receiving weekly workers compensation benefits for which the Defendant, Aetna, had calculated an offset pursuant to the terms its policy/contract with the Plaintiff.

```
RECEIPT #  404607
AMOUNT $   250.00
SUMMONS ISSUED  ✓
LOCAL RULE 4.1  ✓
WAIVER FORM     ✓
MCF ISSUED      ✓
BY DPTY. CLK.   SJones
DATE 7-11-05
```

1

7. On or about September 30, 2002, the Plaintiff, McNulty, received a Lump Sum gross settlement of $90,000.00 in regard to his workers compensation claim. Pursuant to the terms of the Lump Sum settlement, allocations were made as follows: $17,000 attorney's fee, $560.64 attorney's expenses, $36,000 inchoate rights, $5,000 disfigurement/loss of function benefits, $9,000 future psychological/psychiatric treatment not covered by other sources, $5,000 future vocational rehabilitation costs beyond those provided by the Workers Compensation Act which are not covered by other sources. The Plaintiff, McNulty, received a net amount of $17,439.36, which was subject to offset pursuant to the terms of the contract with the Defendant, Aetna.

8. Following the Lump Sum Settlement of the Plaintiff's, McNulty's, workers compensation claim, the Defendant, Aetna, in violation of the contract, has offset the Plaintiff, McNulty's, Long Term disability benefits by the amount of $72,439.36.

9. As a direct and proximate result of the Defendant's, Aetna's, violation of the contract, the Plaintiff, McNulty has not received the proper amount of Long-Term Disability benefits to which he is entitled pursuant to the contract.

## COUNT II

10. The Plaintiff, repeats, realleges, and reavers paragraphs 1-9 inclusive of the Complaint as if fully set forth herein and makes them part of Count II.

11. The Defendant, Aetna, is engaged in the trade or commerce of insurance and has engaged in unfair and deceptive acts or practices in violation of Massachusetts General Law Chapter 93A §2.

12. The Plaintiff issued a demand letter dated September 7, 2004 to the Defendant, Aetna.

13. The Defendant, Aetna, had not responded to the demand letter.

14. The Defendant is therefore liable for Plaintiff's actual damages or an amount not less than double, nor more than triple, said damages if Defendant's conduct was a knowing and willful violation of Massachusetts General Law Chapter 93A §2 together with costs and reasonable attorney's fee.

**WHEREFORE,** the Plaintiff, McNulty, asks this Honorable Court to order the Defendant, Aetna, to retroactively offset the Plaintiff's Long Term Disability benefits by the amount of $17,439.36 and declare that Massachusetts workers compensation payments for inchoate rights, future medical treatment, vocational rehabilitation, disfigurement and loss of function cannot be included in the amount subject to offset of Long Term Disability benefits. The Plaintiff

                                              Respectfully submitted,
                                              Plaintiff by his Attorney,

                                              Walter J. Korzeniowski
                                              B.B.O. 548866
                                              448 Turnpike Street Suite 2-5
                                              South Easton, MA 02375
                                              (508) 238-6200

Dated:    July 5, 2005

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET  05 40114

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

Daniel McNulty

**DEFENDANTS**

Aetna Life Ins. Company

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Worcester
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Hartford, CT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Law Offices of Walter J. Korzeniowski
448 Turnpike Street, suite 2-5
South Easton, MA 02375

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

29 USC Section 1132 (a)(1)(B) - enforcement of a Long Term Disability Insurance contract

**VII. REQUESTED IN COMPLAINT:**  CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23

**DEMAND** $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):

JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# 05-40114

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Daniel McNulty v. Aetna__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   - [ ] II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

   - [XX] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
               315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
               380, 385, 450, 891.

   - [ ] IV.  220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

   - [ ] V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [X]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [X]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [X]   NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [ ]   Central Division [X]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [X]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Walter J. Korzeniowski__
ADDRESS __448 Turnpike Street, Suite 2-5, So. Easton, MA 02375__
TELEPHONE NO. __(508) 238-6200__

(CategoryForm.wpd - 5/2/05)