# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL MCNULTY,<br>Plaintiff<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br>Defendant | CIVIL ACTION NO.<br><br>05-40114FD5 |

## STIPULATION REGARDING ADDITIONAL TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD

By agreement of the parties listed below, it is hereby stipulated that the defendant shall have additional time to answer or otherwise plead in response to the plaintiff's complaint, and that the answer or other responsive pleading of the defendant is now due to be filed on or before September 15, 2005.

*Stipulated and agreed to*
by counsel for Plaintiff:


_____
Walter J. Korzeniowski    [BBO #548866]
**Law Offices of Walter J. Korzeniowski**
448 Turnpike Street
South Easton, MA   02375
Ph:   508/238-6200

*Stipulated and agreed to*
by counsel for Defendant:


_____
Stephen D. Rosenberg    [BBO # 558415]
**McCormack & Epstein**
One International Place -7th Floor
Boston, MA   02110
Ph:   617/951-2929
Fax:   617/951-2672