UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DANIEL MCNULTY,
        Plaintiff

v.

AETNA LIFE INSURANCE COMPANY,
        Defendant

CIVIL ACTION NO.

05-40114FDS

## DEFENDANT, AETNA LIFE INSURANCE COMPANY'S MOTION TO DISMISS COUNT II OF THE COMPLAINT PURSUANT TO F.R.C.P. 12(B)(6)

The defendant in this action, Aetna Life Insurance Company ("Aetna"), hereby moves this Court for an order dismissing Count II of plaintiff's complaint on the ground that Count II fails to state a cause of action upon which relief can be granted. Count II in the plaintiff's complaint should therefore be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

As grounds for this motion, Aetna relies upon the accompanying Memorandum in Support of its Motion to Dismiss, which is also being filed this day, and which contains a statement of reasons, including citation of supporting authorities, why this motion should be granted.

### REQUEST FOR ORAL ARGUMENT

Aetna requests that this Court hear oral argument on this motion.

**WHEREFORE,** Aetna moves this Court for an order dismissing Count II of the plaintiff's complaint.

Respectfully submitted,

**Aetna Life Insurance Company**
By its attorneys,

**Dated:** September 15, 2005

/s/*Stephen Rosenberg*

_____

Stephen D. Rosenberg
**The McCormack Firm**
One International Place - 7th Floor
Boston, MA    02110
Ph:   617/951-2929

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by depositing a copy hereof in the U.S. Mail, postage prepaid, addressed to:

Walter J. Korzeniowski    [BBO #548866]
**Law Offices of Walter J. Korzeniowski**
448 Turnpike Street
South Easton, MA   02375
Ph:    508/238-6200
*[Attorney for Plaintiff]*

**DATED** this 15th day of September, 2005.

/s/*Stephen Rosenberg*

Stephen D. Rosenberg
**The McCormack Firm**
One International Place - 7th Floor
Boston, MA   02110
Ph:  617/951-2929
*[Attorney for Defendant, Aetna]*

77242.1