## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

DANIEL MCNULTY,
             Plaintiff

v.

AETNA LIFE INSURANCE COMPANY,
             Defendant

CIVIL ACTION NO.

05-40114FDS

## DEFENDANT, AETNA LIFE INSURANCE COMPANY'S LOCAL RULE 7.1(A)(2) CERTIFICATION

_____

Counsel for the defendant in this action, Aetna Life Insurance Company ("Aetna"), hereby certifies that he has consulted with plaintiff's counsel in an attempt to resolve the issues addressed in Aetna's motion to dismiss, but that the parties have been unable to resolve those issues.

Respectfully submitted,

**Aetna Life Insurance Company**
By its attorneys,

**Dated:** September 15, 2005

/s/*Stephen Rosenberg*
Stephen D. Rosenberg
**The McCormack Firm**
One International Place - 7th Floor
Boston, MA   02110
Ph:  617/951-2929

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of

record by depositing  a copy hereof in the U.S. Mail, postage prepaid, addressed to:

> Walter J. Korzeniowski      [BBO #548866]
> **Law Offices of Walter J. Korzeniowski**
> 448 Turnpike Street
> South Easton, MA   02375
> Ph:   508/238-6200
> *[Attorney for Plaintiff]*

**DATED** this 15th day of September, 2005.

> /s/*Stephen Rosenberg*
> Stephen D. Rosenberg
> **The McCormack Firm**
> One International Place - 7th Floor
> Boston, MA   02110
> Ph:  617/951-2929

77243.1