## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

DANIEL MCNULTY,
       Plaintiff

v.

AETNA LIFE INSURANCE COMPANY,
       Defendant

CIVIL ACTION NO.
05-40114FDS

## NOTICE OF CHANGE OF FIRM NAME

To the Clerk and All Counsel of Record:

The name of the firm of the undersigned counsel has changed effective September 1, 2005. The new firm name is **The McCormack Firm, LLC**. Updated contact information is as follows:

    Stephen D. Rosenberg
    **The McCormack Firm, LLC**
    One International Place - 7th Floor
    Boston, MA    02110
    Ph:    617/951-2929
    Fax:    617/951-2672
    E-mail: srosenberg@mccormackfirm.com

Respectfully submitted,

Stephen D. Rosenberg
**The McCormack Firm, LLC**
One International Place - 7th Floor
Boston, MA    02110
Ph:    617/951-2929
Fax:    617/951-2672

77422.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Change of Firm Name* has been served upon all counsel of record by depositing a copy hereof in the U.S. Mail, postage prepaid, addressed to:

>Walter J. Korzeniowski    [BBO #548866]
>**Law Offices of Walter J. Korzeniowski**
>448 Turnpike Street
>South Easton, MA  02375
>Ph:   508/238-6200
>*[Attorney for Plaintiff]*

DATED this 26th day of September, 2005.

_____
Stephen D. Rosenberg