# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

DANIEL MCNULTY,
    Plaintiff

v.

AETNA LIFE INSURANCE COMPANY,
    Defendant

CIVIL ACTION NO.
05-40114FDS

## VOLUNTARY STIPULATION OF DISMISSAL

Pursuant to Fed R. Civ. P. Rule 41(a)(1), the parties to this action hereby stipulate to a dismissal of Count II of the Plaintiff's Complaint for violation of Mass. G. L. ch. 93A, with prejudice. Each party shall bear their own costs and all rights of appeal are waived.

Daniel McNulty
The Plaintiff,
By his Attorney,

_____
Walter J. Korzeniowski   [BBO #548866]
Law Offices of Walter J. Korzeniowski
448 Turnpike Street, Suite 2-5
South Easton, MA   02375
Ph:   508/238-6200

Aetna Life Insurance Company
The Defendant,
By its Attorney,

_____
Stephen D. Rosenberg [BBO #558415]
The McCormack Firm, LLC
One International Place - 7th Floor
Boston, MA   02110
Ph:   617/951-2929

Date: October 24, 2005

78260.1