UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DANIEL MCNULTY,
    Plaintiff

v.

AETNA LIFE INSURANCE COMPANY,
    Defendant

CIVIL ACTION NO.
05-40114FDS

**MOTION TO WITHDRAW
DEFENDANT'S, AETNA LIFE INSURANCE COMPANY,
MOTION TO DISMISS COUNT II OF THE COMPLAINT
PURSUANT TO F.R.C.P. 12(b)(6)**

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Kindly withdraw Defendant, Aetna Life Insurance Company's, Motion to Dismiss Count II of the Complaint Pursuant to F.R.C.P. 12(b)(6), which was filed with this Court on September 12, 2005. Plaintiff filed a voluntary dismissal with prejudice of Count II of the Complaint on October 25, 2005, and thus, Defendant's Motion to Dismiss Count II is now moot.

**DATED**:   October _27, 2005

Aetna Life Insurance Company
The Defendant,
By its Attorney,

/s/ *Stephen D. Rosenberg*

Stephen D. Rosenberg [BBO #558415]
**The McCormack Firm, LLC**
One International Place - 7th Floor
Boston, MA    02110
Ph:    617/951-2929
Fax:   617/951-2672

78512.1

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing *Motion to Withdraw Defendant Aetna Life Insurance Company's Motion to Dismiss Count II of the Complaint Pursuant to F.R.C.P. 12(b)(6)* has been served upon all counsel of record by depositing a copy hereof, postage prepaid, with the United States Postal Service, addressed to:

        Walter J. Korzeniowski     [BBO #548866]
        **Law Offices of Walter J. Korzeniowski**
        448 Turnpike Street
        South Easton, MA   02375
        Ph:   508/238-6200
        *[Attorney for Plaintiff]*

**Dated** this 27th day of October, 2005.

/s/ *Stephen D. Rosenberg*
_____
Stephen D. Rosenberg