UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS          Civil Action No. 05-40114FDS

*************************************************
DANIEL MCNULTY,                     *
   Plaintiff                       *
                                    *
v.                                  *
                                    *
AETNA LIFE INSURANCE COMPANY        *
   Defendant                        *
*************************************************


### PLAINTIFF'S ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE

Now comes the Plaintiff in the above entitled action and respectfully requests that this Honorable Court change the date of the scheduling conference. Currently, the scheduling conference is set for Thursday December 8, 2005 at 11:30am. The Plaintiff requests that this Honorable Court hold the scheduling conference on Friday, December 9, 2005. The Defendant, assents to this motion and is available on December 9, 2005.


Respectfully submitted,                By Assent,
Plaintiff by his Attorney,             Defendant, by its attorney,


_____              _____ (by assent)
Walter J. Korzeniowski                 Stephen Rosenberg
B.B.O. 548866                          B.B.O. 558415
448 Turnpike Street Suite 2-5          The McCormack Firm, LLC
South Easton, MA 02375                 One International Place, 7th Floor
(508) 238-6200                         Boston, MA 02110
                                       (617) 951-2929


Dated: December 2, 2005

1

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true copy of this document by first class mail to:

Stephen D. Rosenberg, Esquire
The McCormack Firm, LLC
One International Place, 7th Floor
Boston, MA  02110

_Walter J. Korzeniowski_

Dated: December 2, 2005