**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DANIEL MCNULTY,**<br>    Plaintiff<br><br>v.<br><br>**AETNA LIFE INSURANCE COMPANY,**<br>    Defendant | **CIVIL ACTION NO.**<br>**05-40114FDS** |

**LOCAL RULE 16.1 JOINT STATEMENT**
_____

1.  **Joint Discovery Plan and Proposed Schedule for the Filing of Motions:**

    A.  This is an action under the Employee Retirement Income Security Act of 1974. At this point, the action presents only one claim. In count I of the complaint, the plaintiff challenges the defendant's determination of the offset against his long term disability benefits of a lump sum workers compensation settlement that he entered into. The plaintiff requests an order from the court overruling the defendant's determination of the offset and substituting the plaintiff's preferred interpretation of the amount of the offset. The only other claim in this lawsuit, made in count II of the complaint, has been voluntarily dismissed with prejudice by the plaintiff.

    B.  The parties believe that this one remaining claim can be resolved by summary judgment briefing based on either: (a) the complete administrative record; or (b) an agreed upon record that presents the necessary facts needed for the court's determination of this one remaining issue. Accordingly, the parties propose that on or before January 15, 2006, the parties shall have either agreed upon such record

that shall be the basis for the summary judgment proceedings, or the complete administrative record shall be produced to the plaintiff.

C. The parties believe that this should be followed by summary judgment motions, with motions for summary judgment due to be filed on February 15, 2006, with oppositions and any further reply briefs filed in accord with the applicable federal and local rules.

**2. Certifications concerning Budget and ADR:**

A. Defendant's counsel and an appropriate representative of the defendant have discussed these issues, and a certification will be filed shortly.

B. Plaintiff's counsel and the plaintiff have discussed these issues, and a certification will be filed shortly.

Respectfully submitted,

| | |
|---|---|
| **Daniel McNulty,** Plaintiff<br>By his Attorney, | **Aetna Life Insurance Company**, Defendant<br>By its Attorney, |
| /s/ *Walter J. Korzeniowski* | /s/ *Stephen D. Rosenberg* |
| Walter J. Korzeniowski     [BBO #548866]<br>**Law Offices of Walter J. Korzeniowski**<br>448 Turnpike Street, Suite 2-5<br>South Easton, MA  02375<br>Ph:    508/238-6200 | Stephen D. Rosenberg     [BBO #558415]<br>THE McCORMACK FIRM, LLC<br>One International Place<br>Boston, MA   02110<br>**Ph:**   617•951•2929<br>**Fax:**  617•951•2672 |
| **Dated:**   December 8, 2005 | **Dated:**   December 8,  2005 |

79674.1