**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF MASSACHUSETTS

DANIEL MCNULTY,
    Plaintiff

v.

AETNA LIFE INSURANCE COMPANY,
    Defendant

CIVIL ACTION NO.
05-40114FDS

**DEFENDANT'S LOCAL RULE 16.1 (D)(3) CERTIFICATION**

We hereby certify that defendant's counsel and an appropriate representative of the defendant have conferred with a view towards establishing a budget for this litigation and concerning the use of alternative dispute resolution proceedings in this matter.

Counsel for Defendant:

Dated: 12/12/05

Stephen D. Rosenberg
**The McCormack Firm, LLC**
One International Place - 7th Floor
Boston, MA    02110
Ph:    617/951-2929
Fax:   617/951-2672

Authorized Representative of
Defendant Aetna, ~~Inc.~~ Life Insurance Company

Arthur Palmunen, Esq.

Dated: 12/8/2005