UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS          Civil Action No.05-40114FDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DANIEL MCNULTY,                                     \*
   Plaintiff                                          \*
                                               \*

v.                                                  \*
                                               \*

AETNA LIFE INSURANCE COMPANY                        \*
   Defendant                                          \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The Plaintiff, Daniel McNulty, and his counsel hereby certify that they have conferred:

(a) Regarding the establishment of a budget for the costs of conducting the full course and various alternative courses of the litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Daniel McNulty

_____
Walter J. Korzeniowski, BBO# 548866
448 Turnpike Street Suite 2-5
South Easton, MA 02375
(508) 228-6200

Date:   December 15, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true copy of this document by first class mail to:

Stephen D. Rosenberg, Esquire
The McCormack Firm, LLC
One International Place, 7th Floor
Boston, MA 02110

Walter J. Korzeniowski

Dated: December 15, 2005