# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL MCNULTY,<br>　　　　Plaintiff<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br>　　　　Defendant | CIVIL ACTION NO.<br>05-40114FDS |

## JOINT STIPULATION EXTENDING TIME FOR PRODUCTION AND FILING OF ADMINISTRATIVE RECORD

The parties hereby stipulate that the defendant shall produce and file the administrative record in this case on or before January 20, 2006, so as to allow sufficient time for the copying, binding and production of the administrative record.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

**Daniel McNulty**, Plaintiff　　　　　　　　　　**Aetna Life Insurance Company**, Defendant
By his Attorney,　　　　　　　　　　　　　　　By its Attorney,

/s/  Walter J. Korzeniowski　　　　　　　　　/s/  Stephen D. Rosenberg
_____　　　　　_____
Walter J. Korzeniowski　　[BBO #548866]　　Stephen D. Rosenberg　　[BBO #558415]
**Law Offices of Walter J. Korzeniowski**　　　THE MCCORMACK FIRM, LLC
448 Turnpike Street, Suite 2-5　　　　　　　　One International Place
South Easton, MA  02375　　　　　　　　　　Boston, MA  02110
Ph:　508/238-6200　　　　　　　　　　　　　Ph:　617•951•2929
　　　　　　　　　　　　　　　　　　　　　　　Fax:　617•951•2672

**Dated:**　January 16, 2006　　　　　　　　　**Dated:**　January 16, 2006