# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

DANIEL MCNULTY,
        Plaintiff

v.

AETNA LIFE INSURANCE COMPANY,
        Defendant

CIVIL ACTION NO.
05-40114FDS

## JOINT MOTION TO EXTEND ALL DEADLINES UNDER THE SCHEDULING ORDER BY ONE MONTH TO FACILITATE SETTLEMENT DISCUSSIONS

The parties jointly move this Court for an order extending all deadlines that currently exist in this case by one month. Under the current scheduling order, the administrative record is to be produced this week (pursuant to a recently filed stipulation between the parties) and summary judgment motions are due to be filed on February 15, 2006. As grounds for this motion, the parties state as follows:

1.      The parties are negotiating a possible settlement of this action.

2.      Both parties believe, based on negotiations to date, that there is a reasonable possibility of settling this dispute without further litigation.

3.      The parties need further time to continue their settlement discussions and to determine whether an agreement can be reached that will resolve this matter.

4.      The parties would prefer not to incur litigation costs if the case can instead be settled, and as a result would prefer to reach a conclusion of their settlement negotiations before any further costs in this case are incurred. The parties would therefore like to postpone any further activity on the case

until after they conclude their settlement negotiations. One of the motivating

factors for the defendant with regard to settlement is the belief that it may

be less expensive than the costs of litigating the action to conclusion, and

that incentive to settle will be removed if the parties continue to litigate the

case, including preparing and filing summary judgment briefs, while

settlement negotiations are pursued.


WHEREFORE, the parties jointly move this court for an order extending the time for filing

and production of the administrative record until February 15, 2006 and for the filing of cross-

motions for summary judgment until March 15, 2006.

Respectfully submitted,


**Daniel McNulty,** Plaintiff
By his Attorney,


/s/  Walter J. Korzeniowski

_____
Walter J. Korzeniowski        [BBO #548866]
**Law Offices of Walter J. Korzeniowski**
448 Turnpike Street - Suite 2-5
South Easton, MA   02375

**Ph:**   508/238-6200

**Dated:**   January 18, 2006


**Aetna Life Insurance Company**,  Defendant
By its Attorney,


/s/  Stephen  D.  Rosenberg

_____
Stephen D. Rosenberg        [BBO #558415]
THE MCCORMACK FIRM, LLC
One International Place
Boston, MA    02110
**Ph:**   617•951•2929
**Fax:**   617•951•2672

**Dated:**   January 18, 2006