# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL MCNULTY,<br>        Plaintiff<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br>        Defendant | CIVIL ACTION NO.<br>05-40114FDS |

## JOINT MOTION TO EXTEND ALL DEADLINES UNDER THE SCHEDULING ORDER TO ALLOW THE PARTIES TO CONCLUDE SETTLEMENT DISCUSSIONS

_____

The parties jointly move this Court for an order extending all deadlines that currently exist in this case for an additional two months. As grounds for this joint motion, the parties state as follows:

1. The court previously entered an order revising the scheduling order in this case to provide that the administrative record was to be produced on February 15, 2006 and cross-motions for summary judgment are to be filed on March 15, 2006.

2. The parties are engaged in active settlement discussions, and have been exchanging proposals. The parties have not yet been able to reach a final agreement as to settlement, but the negotiations are progressing in a manner that cause counsel for both parties to believe a settlement is reasonably likely to be reached. Saving the costs of litigation is a motivating factor in the settlement discussions, and the parties therefore do not want to proceed with further steps in litigating this matter unless the settlement discussions fail, which the parties at this

point do not believe is likely.

3. As a result, the parties seek an order extending the time for filing and production of the administrative record until April 15, 2006 and for the filing of cross-motions for summary judgment until May 15, 2006.  The parties are confident that they can conclude settlement discussions prior to those dates, and are reasonably confident that they can reach a settlement prior to those dates.

**WHEREFORE**, the parties jointly move this court for an order extending the time for filing and production of the administrative record until April 15, 2006 and for the filing of cross-motions for summary judgment until May 15, 2006.

Respectfully submitted,

| | |
|---|---|
| **Daniel McNulty,** Plaintiff<br>By his Attorney, | **Aetna Life Insurance Company**, Defendant<br>By its Attorney, |
| /s/  Walter J. Korzeniowski | /s/  Stephen  D.  Rosenberg |
| Walter J. Korzeniowski      [BBO #548866]<br>**Law Offices of Walter J. Korzeniowski**<br>448 Turnpike Street - Suite 2-5<br>South Easton, MA   02375<br><br>**Ph:**   508/238-6200<br><br>**Dated:**   February 15, 2006 | Stephen D. Rosenberg      [BBO #558415]<br>THE MCCORMACK FIRM, LLC<br>One International Place<br>Boston, MA    02110<br>**Ph:**    617•951•2929<br>**Fax:**   617•951•2672<br><br>**Dated:**   February 15, 2006 |