# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DANIEL MCNULTY,**<br>        Plaintiff<br><br>v.<br><br>**AETNA LIFE INSURANCE COMPANY,**<br>        Defendant | **CIVIL ACTION NO.**<br>**05-40114FDS** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties to this action, consistent with a Settlement Agreement and Release signed by each, hereby stipulate to the dismissal of all claims, cross-claims, counterclaims and third-party claims, with prejudice, which were or could have been brought in this action by and between the signatories hereto.  Each party shall bear its own costs and all rights of appeal are waived.

Respectfully submitted,

| | |
|---|---|
| **Daniel McNulty,** Plaintiff<br>By his Attorney, | **Aetna Life Insurance Company**, Defendant<br>By its Attorney, |
| */s/ Walter Korzeniowski* | /s/ *Stephen Rosenberg* |
| Walter J. Korzeniowski     [BBO #548866]<br>**Law Offices of Walter J. Korzeniowski**<br>448 Turnpike Street - Suite 2-5<br>South Easton, MA   02375<br><br>**Ph:**   508/238-6200<br><br>**Dated:**   May 17, 2006 | Stephen D. Rosenberg     [BBO #558415]<br>**THE MCCORMACK FIRM, LLC**<br>One International Place<br>Boston, MA   02110<br>**Ph:**   617•951•2929<br>**Fax:**   617•951•2672<br><br>**Dated:**   May 17, 2006 |